# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Elaine N. Toland,**

    **Plaintiff,**

                              Case No. 06-2068-JWL

**v.**                                       Case No. 05-2409-JWL

**John E. Potter, Postmaster General,**
**United States Postal Service,**

    **Defendant.**

## ORDER NUNC PRO TUNC

On June 8, 2007, the court issued a memorandum and order granting defendant's motion to dismiss two discrete claims and for summary judgment as to all claims. In that memorandum and order, the court inadvertently omitted one word from the first full sentence appearing on page 11 of the order. That sentence should read: "The Circuit does not consider 'a mere inconvenience or an alteration of job responsibilities to be an adverse employment action.' *Piercy*, 480 F.3d at 1203 (quoting *Sanchez v. Denver Pub. Schs.*, 164 F.3d 527, 532 (10th Cir. 1998))." The court hereby attaches to this order a memorandum and order that simply corrects that error and the clerk of the court is directed to substitute the attached memorandum and order for the memorandum and order that was filed on June 8, 2007 (doc. 71).

**IT IS SO ORDERED** this 11th day of June, 2007.

                                                  s/ John W. Lungstrum
                                                  John W. Lungstrum
                                                  United States District Judge